Argued July 20, affirmed July 20, petition for rehearing denied August 10, petition for review denied November 30, 1971

STATE OF OREGON, *Respondent, v.*
WILLIAM WELLS LEWIS, *Appellant.*
487 P2d 99

*George V. Des Brisay,* Portland, argued the cause for appellant. With him on the brief were Franklin, Bennett, Des Brisay & Jolles, Portland.

*W. Michael Gillette,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.